UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

ANNA PAWELCZAK, an individual; *et al.*,

        Plaintiffs,

vs.

CARDWORKS SERVICING, LLC, a Delaware Limited Liability Company; *et al.*,

        Defendants.

------------------------------------------------------x

CASE NO.: 2:10-cv-03600-JFB-AKT

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 04 2011 ★
LONG ISLAND OFFICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Anna Pawelczak and Karl Krug, Plaintiffs, hereby stipulate to and give notice of dismissal of the above-entitled and numbered action with prejudice as to themselves and without prejudice as to the rights of the unnamed putative class members.

**IT IS SO STIPULATED** this 4th Day of February 2011.

| | |
|---|---|
| s/ *Robert L. Arleo* | s/ *John H. Bedard, Jr.* |
| Robert L. Arleo, Esq. (RA-7506) | John H. Bedard Jr., Esq. (Pro Hac Vice) |
| LAW OFFICE OF ROBERT L. ARLEO | BEDARD LAW GROUP, P.C. |
| 164 Sunset Park Road | 2810 Peachtree Industrial Blvd., Suite D |
| Haines Falls, New York 12436 | Duluth, Georgia 30097 |
| Telephone: (518) 589-5264 | Telephone: (678) 253-1871, ext. 244 |
| Facsimile: (518) 751-1801 | Facsimile: (678) 253-1873 |
| *One of the Attorneys for Plaintiffs, Anna Pawelczak and Karl Krug* | *One of the Attorneys for Defendant, Cardworks Servicing, LLC* |

**IT IS SO ORDERED:** The Clerk of the Court shall close the case.

Dated: 2/4/11

HON. JOSEPH F. BIANCO
Judge, United States District Court